```
                UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF NORTH CAROLINA
                       SOUTHERN DIVISION
                       NO: 7:18-CV-7-FL
```

UNITES STATES OF AMERICA,        )
                Plaintiff,  )
                          )
     V.                         )   ENTRY OF DEFAULT
                          )
JOHN HUDSON FARMS, INC. ET AL    )
                Defendants,  )

Upon motion, request, and proper showing by attorney for the plaintiff, United States of America, the named defendant, Philip Hudson having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against said defendant.

This the 12 day of April, 2018.

                                      PETER A. MOORE, JR.
                                      Clerk of Court