UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:18-CV-7-FL

| | |
|---|---|
| UNITES STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | ENTRY OF DEFAULT |
| ) | |
| JOHN HUDSON FARMS, INC. ET AL ) | |
| Defendants, ) | |

Upon motion, request, and proper showing by attorney for the plaintiff, United States of America, the named defendants, John Hudson Farms, Inc. and Seth Giddens having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against said defendants John Hudson Farms, Inc., and Seth Giddens.

This the **23** day of **May**, 2018.

_____
PETER A. MOORE, JR.
Clerk of Court