UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:18-CV-7-FL

| | |
|---|---|
| UNITES STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>V. )<br>)<br>JOHN HUDSON FARMS, INC. ET AL )<br>Defendants, ) | ENTRY OF DEFAULT |

Upon motion, request, and proper showing by attorney for the plaintiff, United States of America, the named defendant, Jeremy Hudson having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, default is hereby entered against said defendant Jeremy Hudson.

This the 7 day of June, 2018.

_____
PETER A. MOORE, JR.
Clerk of Court