UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN HUDSON FARMS, INC., PHILLIP )<br>HUDSON, JOSHUA HUDSON, JEREMY )<br>HUDSON, WENDY GIDDENS, JACOB )<br>GIDDENS AND SETH GIDDENS )<br>Defendants. ) | **JUDGMENT**<br><br>No. 7:18-CV-7-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 23, 2019, and for the reasons set forth more specifically therein, judgment is entered against Defendant Joshua Hudson in the amount of $488,901.

**This Judgment Filed and Entered on April 23, 2019, and Copies To:**
Neal Fowler / Roberto F. Ramirez (via CM/ECF Notice of Electronic Filing)
Joshua Hudson (via US mail) 2661 Eldridge Road, Newton Grove, NC 28366
Wendy Giddens (via US mail) 2577 Rosin Hill Road, Newton Grove, NC 28366
Gordon C. Woodruff (via CM/ECF Notice of Electronic Filing)

April 23, 2019.              PETER A. MOORE, JR., CLERK

                             /s/ Sandra K. Collins
                             (By) Sandra K. Collins, Deputy Clerk