IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CV-7-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN HUDSON FARMS, INC., PHILLIP HUDSON, JOSHUA HUDSON, JEREMY HUDSON, WENDY GIDDENS, JACOB GIDDENS, and SETH GIDDENS, | ) ) ) ) ) | ORDER |
| Defendants. | | |

This matter comes now before the court the government and defendant Jacob Giddens joint motion for court-hosted settlement conference. (DE 68). Good cause having been shown, this matter is referred to Magistrate Judge James E. Gates for conduct of a court-hosted settlement conference. With deference to the dates proposed by the parties, May 9, May 10, or May 23, 2019, the magistrate shall notice conference at a time convenient to him.

SO ORDERED, this the 25th day of April, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge